William M. Audet (CA117456)
AUDET & PARTNERS, LLP
221 Main Street Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

MICHAEL E. SCMIDT
THE SCHMIDT FIRM
2911 Turtle Creek Blvd, Suite 1400
Dallas, TX 75219
Telephone: (214) 521-4898
Facsimile: (214) 521-9995

Attorneys for Plaintiffs, Barbara Morrisette

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-03281-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| BARBARA MORRISETTE,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, BARBARA MORRISETTE, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: November 9, 2009          AUDET & PARTNERS, LLP

By: _____
    Counsel's Name
    Attorneys for Plaintiff, Barbara Morrissette

DATED: November 9, 2009          THE SCHMIDT FIRM

By: _____
    Counsel's Name
    Attorneys for Plaintiff, Barbara Morrissette

DATED: Dec. 22, 2009             DLA PIPER LLP (US)

By: _____
    Michelle W. Sadowsky
    Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**